Steven T. Lowe, Esq. SBN 122208
steven@lowelaw.com
Kris LeFan, Esq., SBN 278611
kris@lowelaw.com
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Hao Ni (*pro hac vice*)
hni@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

*Attorneys for Plaintiff*
*Bluestone Innovations LLC*

CHARLES C. KOOLE - State Bar No. 259997
ckoole@glaserweil.com
DAN LIU – State Bar No. 287074
dliu@glaserweil.com
GLASER WEIL FINK HOWARD
AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Defendant*
*G7 Corporation*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> G7 CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. 3:15-cv-05483-PJH <br><br> **JOINT MOTION FOR ENTRY OF AN ORDER REFLECTING THE STIPULATION OF DISMISSAL** <br><br> **JURY TRAIL DEMANDED** |

# JOINT MOTION FOR ENTRY OF AN ORDER REFLECTING THE STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Bluestone Innovations LLC ("Bluestone") and Defendant G7 Corporation ("G7") by and through their attorneys, do hereby jointly move for an order approving their stipulation as follows:

1. Bluestone's claims in this action are dismissed with prejudice.

2. G7's counterclaims in this action are dismissed without prejudice.

3. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.

4. The Court may enter an Order adopting this Stipulation of Dismissal (with Prejudice) and Proposed Order Thereon as the Order of the Court.

Dated: May 10, 2016

By: /s/ *Hao Ni*___
Hao Ni
Ni, Wang & Massand, PLLC
*Attorney for Plaintiff Bluestone Innovations LLC*

Dated: May 10, 2016

By: /s/ *Charles C. Koole*
Charles C. Koole
Dan Liu
*Attorneys for Defendant G7 Corporation*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Hao Ni, attest that concurrence in the filing of this document has been obtained.

Dated:  May 10 2016                                    */s/ Hao Ni*
                                                                        Hao Ni

**ORDER OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Bluestone Innovations LLC ("Bluestone") and Defendant G7 Corporation. ("G7") parties to this legal action, by and through their attorneys, jointly moved for an order approving their stipulation. After consideration of such motion, it is hereby GRANTED, and it is ORDERED that:

1. Bluestone's claims in this action are dismissed with prejudice;
2. G7's counterclaims in this action are dismissed without prejudice; and
3. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.

Signed this __10th__ day of May, 2016.



United States District Court Judge